THE CITY OF NEWARK ET AL. v. CHARLES CANFIELD.

THE CITY OF NEWARK ET AL. v. ALFRED SPEATH.

The writs of error in these two cases present the same question as the Bonnell case, and the judgment in that case applies to them.